# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

TAMARA BELL,

    Plaintiff,

vs.                                      CASE NO. 1:08CV207-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Defendant has filed a motion to file an answer out of time (doc 7), which it herein **GRANTED**, and the answer or other responsive pleading shall be filed on or before January 31, 2009.

**DONE AND ORDERED** this __15th__ day of January, 2009.

                                            _s/ ALLAN KORNBLUM_
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**