# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

TAMARA BELL,

    Plaintiff,

vs.                                    CASE NO. 1:08CV207-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to Extend Time to respond to Plaintiff's memorandum. (Doc. 14). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and the memorandum should be filed on or before June 8, 2009.

**DONE AND ORDERED** this *7th* day of May, 2009.

                                            *s/ A. KORNBLUM*
                                            ALLAN KORNBLUM
                                            **UNITED STATES MAGISTRATE JUDGE**